

FILED

APR 1 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED

APR 8 2011

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1  Martha G. Bronitsky
2  Chapter 13 Trustee Standing Trustee
   24301 Southland Dr. #200
3  Hayward, Ca 94540-5004
   Telephone: (510) 266-5580
4  Fax:(510) 266-5589

5

6

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10  ,                                    )   Case No: 05-49136 RN13
                                         )
11      In re: JUAN A. PENA              )   Chapter 13
            GLORIA PENA                  )   **NOTICE OF UNCLAIMED**
12                                       )   **DIVIDENDS**
            Debtor(s)                    )
13                                       )
                                         )
14                                       )
    _____ )

15

16  TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17       Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case

18  hereby turns over to the Court, unclaimed dividends in the amount of $1.37 name (s) and address (es) of the

19  claimants entitled to the unclaimed dividends are as follows:

20

21  Case #        Name & Address of Claimant        Claim amount        Dividend Amount
22  05-49136 RN13  JUAN A. PENA                      $ DEBTOR            $ 1.37
                   GLORIA PENA
23                 1440-39TH AVE
                   OAKLAND, CA 94601

24

25                      Total Unclaimed Dividends                       $ 1.37

26

27  Dated: March 31, 2011        _Martha G Bronitsky_

28                               Martha G. Bronitsky, Chapter 13 Trustee

29